Certified Return Receipt No.:_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 OCT 26  A 10: 07

Barry, John Wesley-Jr
*American national, not a citizen of the United States
per Section 302 of Public Law 94-241*
232 Amherst Avenue
Pemberton, New Jersey State [Zip Exempt]

October 26, 2020

## AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE
## AND DECLARATION OF PROPER LEGAL STATUS

**TO WHOMSOEVER THESE PRESENTS MAY COME AND CONCERN:**

| | |
|---|---|
| New Jersey, The United States of America | } |
| | } Scilicet:    *for identification purposes only* |
| Burlington County | } |

### Denial of Corporate Existence

I, Barry, John Wesley-Jr (hereinafter, "Affiant"), the natural man on the land and living Soul and physical progeny of the Eternal Creator of the Heavens and Earth, known to many as God, being manifested in the flesh as a native New Jerseyan, and freeborn inhabitant am exempt and immune from the Public Debt and statutory non-violent criminal contempt of that debt unless by informed voluntary consent.

I, Barry, John Wesley-Jr, hereby declares and proclaims under penalty of perjury of the Organic Laws for these United States of America that includes the Articles of Confederation, the Constitution and its Treaties that the following statements are facts, truth and valid law, and that I have personal firsthand knowledge that these statements are true and correct to the best of my informed knowledge and belief, so help me God.

I, Barry, John Wesley-Jr, am of the age of majority and competent to testify to the matter stated herein. If any man or woman objects, refutes or has reason to answer this Affidavit of my Denial of Corporate Existence and Declaration of Proper Legal Status, must do so in the manner of a Notarized Affidavit under penalty of perjury, using your [1]Christian appellation, and/or proper family name in upper and lower case letters and signed in blue ink and addressed to the

---

[1] **Note:** Any objections, refutations or answers are to be signed by handwriting only and not typed or stamped by facsimile.

Certified Return Receipt No.:_____

above named Affiant, in care of Affiant by certified or registered United States Post Office mail within ten (10) calendar days from your receipt of this Affidavit, or else such failure to do so will result in your dishonor and default by acquiescence and effectively actuate equitable *estoppel* claim preclusions against Affiant as an operation of law.

AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. (12 Pet.1:25; Heb. 6:13-15;) Claims made in your affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does deny, admits."

AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE. (Heb. 6:16-17;). There is nothing left to resolve. Any proceeding in a court, tribunal, or arbitration forum consists of a contest, or duel, of commercial affidavits where in the points remaining un rebutted in the end stand as truth and matters to which the judgment of the law is applied.

The Affiant hereby denies that the following corporation(s) exists as a natural man and living soul: JOHN W. BARRY, JOHN WESLEY BARRY, or any derivations or variations thereof, and that capacity to sue or be sued or to be held liable for any statutory non-violent commercial crime is hereby challenged by Affiant's negative averment of corporate status pursuant to FRCP Rule 9(a). Also, any presumption that Affiant is the Registered Agent to receive service of process for such non-existent corporation is hereby rejected and denied *nunc pro tunc* and *ab initio* from the creation of such non-existent corporation.

### Declaration of Proper Legal Status

I, Barry, John Wesley-Jr, declares and proclaims that I have no mutually consented conscionable agreement with any entity or federal and State government that uses the ALL CAPITAL LETTER name JOHN WESLEY BARRY, or any derivations and variations thereof that would presumably confer equity jurisdiction over Affiant to the Courts in any venue and jurisdiction, including Administrative Tribunals not constitutionally ordained under positive law.

Affiant does not own any Bank Accounts or Credit Cards bearing any derivation or variation of Affiant's name as a corporate entity, such variation or derivation of Affiant's name on such instruments do not belong to Affiant as it is operated and controlled by a Social Security

2

Certified Return Receipt No.:_____

Number which is created, operated and controlled by the federal government for the benefit of the federal government in the administration of the Public Debt. Affiant has rescinded and deferred ownership and obligatory control as a presumed Trustee of the Social Security Number attributable to the ALL CAPITAL LETTER name JOHN W. BARRY, or any derivation and variation thereof.

Affiant does not have any international maritime agreements with the State of New Jersey or any District, municipality or territory of the federal government. If such agreement under Affiant's name exists which would give admiralty or vice admiralty jurisdiction to the Court is documented, Affiant has never intentionally, willingly or knowingly entered into it because Affiant was never given full disclosure of the nature and intent of such agreement, so such agreement is hereby rescinded, revoked and annulled *nunc pro tunc* and *ab initio*, since Affiant has not given his informed voluntary consent to submit to any of those aforementioned documents and jurisdictions over those agreements.[2]

Affiant is not a legal fiction, juristic person Trustee of a governmental corporation, nor a citizen of a corporate government, municipality, District or territory, or any of its subdivision systems of Administrative Law.

Affiant hereby declares, rebukes and refutes any unknown presumed nexus that might presumably attach him in his natural capacity to any such entities or jurisdictions.

Affiant cannot be lawfully held in any condition of involuntary servitude or peonage that would be in violation of the duly ratified 13th Amendment to the Constitution for these United States of America.

Affiant cannot be held as a surety of collateral for the Bankruptcy of the corporate federal or State governments without his fully informed express consent and full and fair trial by jury of his peers in strict compliance with Due Process provisions of law.

---

[2] **Note:** Affiant is only subject to the Common Law of the *de jure* Republican State, commonly known as New Jersey, and the *de jure* Republic known and the United States of America per Articles of Confederation. (*See* attached Copy of the Articles of Confederation).

3

Certified Return Receipt No.:_____

Affiant has never given his permission to the federal or State governments to participate in any Bankruptcy reorganization plan of the federal government and privately owned and operated Federal Reserve Bank, Inc. to administer and contribute in the Public Debt by pledging Affiant's labor and property rights as collateral, nor has Affiant knowingly, willfully and intentionally consented to volunteer his labor or property rights as collateral for the Bankruptcy of the corporate United States government for the Public Debt.

Affiant hereby makes formal public declaration that I, Barry, John Wesley-Jr, am a national, not a citizen of the United States, per Section 302 of Public Law 94-241. Affiant is the living Soul and natural man on the land, and an obedient child and servant of the Living God YHVH, who is a freeborn inhabitant of the Republic of New Jersey State and is foreign to the jurisdiction of the corporate United States (28 U.S.C. § 3002(15)(A)). Therefore, Affiant is not subject to the federal law legislated by Congress under its authority granted them in Article 4 of the Constitution for these United States of America, or any State under Admiralty equity jurisdiction.

Affiant can only be held responsible to the law legislated by Congress under Article I of the Constitution for these United States of America and Articles of Confederation,[3] if that law has complied with the Paper Reduction Act, the Administrative Procedures Act and the Federal Registry Act which would specifically identify the law as being applicable to the general population of the fifty (50) States as positive law in the *de jure* Republic united States of America.

Affiant can only be held responsible for laws duly ratified and enacted by Congress pursuant to the national constitutional Republican form of government in the *de jure* united States of America and the State Affiant inhabits as provided for under the Equal Footing Doctrine of the Constitution for these United States of America. Affiant cannot be held responsible for any statutory non- positive laws promulgated under a corporate municipal form of government or a *quasi* military form of government known either as a democracy or martial rule.

_____

Certified Return Receipt No.:_____

Thus Further Affiant Sayeth Not.

*All Rights Explicitly Reserved*
*Without Prejudice*
*Verily I Am*

By: _____
Barry, John Wesley Jr
*in propria persona sui juris*
232 Amherst Avenue
Pemberton, New Jersey State [Zip Exempt]

Witness
Shawn Kennedy

Witness
Marquis Tabb

Witness
Angel Barry

# ENCLOSURE

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Larg

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

**ARRANGED IN CHRONOLOGICAL ORDER.**

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

**INDEX TO THE CONTENTS OF EACH VOLUME,**

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY, IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed, are hereby recognised, acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. I.

BOSTON:
CHARLES C. LITTLE AND JAMES BROWN.
1848.

# ARTICLES OF CONFEDERATION.

To all to whom these presents shall come,

We, the undersigned, Delegates of the States affixed to our names, send greeting:

Whereas the Delegates of the United States of America in Congress assembled, did on the fifteenth day of November, in the year of our Lord one thousand seven hundred and seventy-seven, and in the second year of the Independence of America, agree to certain Articles of Confederation and Perpetual Union between the states of New Hampshire, Massachusetts Bay, Rhode Island and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, and Georgia, in the words following, viz.

ARTICLES OF CONFEDERATION AND PERPETUAL UNION,

between the States of New Hampshire, Massachusetts Bay, Rhode Island and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, and Georgia.

July 9, 1778.

ARTICLE 1. The style of this confederacy shall be, "THE UNITED STATES OF AMERICA."

ART. 2. Each State retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this confederation, expressly delegated to the United States, in Congress assembled.

ART. 3. The said States hereby severally enter into a firm league of friendship with each other, for their common defence, the security of their liberties, and their mutual and general welfare, binding themselves to assist each other against all force offered to, or attacks made upon them, or any of them, on account of religion, sovereignty, trade, or any other pretence whatever.

ART. 4. § 1. The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall have free ingress and regress to and from any other State, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions, and restrictions, as the inhabitants thereof respectively; provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State, of which the owner is an inhabitant; provided also, that no imposition, duties, or restriction, shall be laid by any State on the property of the United States, or either of them.

§ 2. If any person guilty of, or charged with, treason, felony, or other high misdemeanor in any State, shall flee from justice, and be found in any of the United States, he shall, upon demand of the governor or executive power of the State from which he fled, be delivered up, and removed to the State having jurisdiction of his offence.

§ 3. Full faith and credit shall be given, in each of these States, to the records, acts, and judicial proceedings of the courts and magistrates of every other State.

ART. 5. § 1. For the more convenient management of the general interests of the United States, delegates shall be annually appointed in such manner as the legislature of each State shall direct, to meet in Congress on the first Monday in November, in every year, with a power reserved to each State to recall its delegates, or any of them, at any time within the year, and to send others in their stead, for the remainder of the year.

4

## THE ARTICLES OF CONFEDERATION. 5

§ 2. No State shall be represented in Congress by less than two, nor by more than seven members; and no person shall be capable of being a delegate for more than three years, in any term of six years; nor shall any person, being a delegate, be capable of holding any office under the United States, for which he, or another for his benefit, receives any salary, fees, or emolument of any kind.     July 9, 1778.

§ 3. Each State shall maintain its own delegates in a meeting of the States, and while they act as members of the committee of these States.

§ 4. In determining questions in the United States in Congress assembled, each State shall have one vote.

§ 5. Freedom of speech and debate in Congress shall not be impeached or questioned in any court or place out of Congress; and the members of Congress shall be protected in their persons from arrests and imprisonments during the time of their going to and from, and attendance on, Congress, except for treason, felony or breach of the peace.

Art. 6. § 1. No State, without the consent of the United States, in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conferrence, agreement, alliance, or treaty, with any king, prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept of any present, emolument, office, or title of any kind whatever, from any king, prince, or foreign State; nor shall the United States, in Congress assembled, or any of them, grant any title of nobility.

§ 2. No two or more States shall enter into any treaty, confederation, or alliance whatever, between them, without the consent of the United States, in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue.

§ 3. No State shall lay any imposts or duties which may interfere with any stipulations in treaties, entered into by the United States, in Congress assembled, with any king, prince, or State, in pursuance of any treaties already proposed by Congress to the courts of France and Spain.

§ 4. No vessels of war shall be kept up in time of peace, by any State, except such number only as shall be deemed necessary by the United States, in Congress assembled, for the defence of such State, or its trade; nor shall any body of forces be kept up, by any State, in time of peace, except such number only as, in the judgment of the United States, in Congress assembled, shall be deemed requisite to garrison the forts necessary for the defence of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutred, and shall provide and constantly have ready for use, in public stores, a due number of field-pieces and tents, and a proper quantity of arms, ammunition, and camp equipage.

§ 5. No State shall engage in any war without the consent of the United States, in Congress assembled, unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States, in Congress assembled, can be consulted; nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States, in Congress assembled, and then only against the kingdom or State, and the subjects thereof, against which war has been so declared, and under such regulations as shall be established by the United States, in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States, in Congress assembled, shall determine otherwise.

6                     THE ARTICLES OF CONFEDERATION.

July 9, 1778.   ART. 7. When land forces are raised by any State, for the common defence, all officers of, or under the rank of colonel, shall be appointed by the legislature of each State respectively by whom such forces shall be raised, or in such manner as such State shall direct, and all vacancies shall be filled up by the State which first made the appointment.

ART. 8. All charges of war, and all other expenses that shall be incurred for the common defence or general welfare, and allowed by the United States, in Congress assembled, shall be defrayed out of a common treasury, which shall be supplied by the several States, in proportion to the value of all land within each State, granted to, or surveyed for, any person, as such land and the buildings and improvements thereon shall be estimated, according to such mode as the United States, in Congress assembled, shall, from time to time, direct and appoint. The taxes for paying that proportion shall be laid and levied by the authority and direction of the legislatures of the several States, within the time agreed upon by the United States, in Congress assembled.

ART. 9. § 1. The United States, in Congress assembled, shall have the sole and exclusive right and power of determining on peace and war, except in the cases mentioned in the sixth Article, of sending and receiving ambassadors; entering into treaties and alliances, provided that no treaty of commerce shall be made, whereby the legislative power of the respective States shall be restrained from imposing such imposts and duties on foreigners, as their own people are subjected to, or from prohibiting the exportation or importation of any species of goods or commodities whatsoever; of establishing rules for deciding, in all cases, what captures on land or water shall be legal, and in what manner prizes taken by land or naval forces in the service of the United States, shall be divided or appropriated; of granting letters of marque and reprisal in times of peace; appointing courts for the trial of piracies and felonies committed on the high seas; and establishing courts for receiving and determining finally appeals in all cases of captures; provided that no member of Congress shall be appointed a judge of any of the said courts.

§ 2. The United States, in Congress assembled, shall also be the last resort on appeal, in all disputes and differences now subsisting, or that hereafter may arise between two or more States concerning boundary, jurisdiction, or any other cause whatever; which authority shall always be exercised in the manner following: Whenever the legislative or executive authority, or lawful agent of any State in controversy with another, shall present a petition to Congress, stating the matter in question, and praying for a hearing, notice thereof shall be given, by order of Congress, to the legislative or executive authority of the other State in controversy, and a day assigned for the appearance of the parties by their lawful agents, who shall then be directed to appoint, by joint consent, commissioners or judges to constitute a court for hearing and determining the matter in question; but if they cannot agree, Congress shall name three persons out of each of the United States, and from the list of such persons each party shall alternately strike out one, the petitioners beginning, until the number shall be reduced to thirteen; and from that number not less than seven, nor more than nine names, as Congress shall direct, shall, in the presence of Congress, be drawn out by lot; and the persons whose names shall be so drawn, or any five of them, shall be commissioners or judges, to hear and finally determine the controversy, so always as a major part of the judges, who shall hear the cause, shall agree in the determination; and if either party shall neglect to attend at the day appointed, without showing reasons which Congress shall judge sufficient, or being present, shall refuse to strike, the Congress shall proceed to nominate three persons out of each State, and the secretary of Congress shall strike in behalf of such party absent

or refusing; and the judgment and sentence of the court, to be appointed  July 9, 1778.
in the manner before prescribed, shall be final and conclusive; and if
any of the parties shall refuse to submit to the authority of such court,
or to appear or defend their claim or cause, the court shall nevertheless
proceed to pronounce sentence, or judgment, which shall in like manner be final and decisive; the judgment or sentence and other proceedings being in either case transmitted to Congress, and lodged among the acts of Congress, for the security of the parties concerned; provided, that every commissioner, before he sits in judgment, shall take an oath, to be administered by one of the judges of the supreme or superior court of the State where the cause shall be tried, "well and truly to hear and determine the matter in question, according to the best of his judgment, without favour, affection, or hope of reward." Provided, also, that no State shall be deprived of territory for the benefit of the United States.

§ 3. All controversies concerning the private right of soil claimed under different grants of two or more States, whose jurisdictions, as they may respect such lands, and the States which passed such grants are adjusted, the said grants or either of them being at the same time claimed to have originated antecedent to such settlement of jurisdiction, shall, on the petition of either party to the Congress of the United States, be finally determined, as near as may be, in the same manner as is before prescribed for deciding disputes respecting territorial jurisdiction between different States.

§ 4. The United States, in Congress assembled, shall also have the sole and exclusive right and power of regulating the alloy and value of coin struck by their own authority, or by that of the respective States; fixing the standard of weights and measures throughout the United States; regulating the trade and managing all affairs with the Indians, not members of any of the States; provided that the legislative right of any State, within its own limits, be not infringed or violated; establishing and regulating post offices from one State to another, throughout all the United States, and exacting such postage on the papers passing through the same, as may be requisite to defray the expenses of the said office; appointing all officers of the land forces in the service of the United States, excepting regimental officers; appointing all the officers of the naval forces, and commissioning all officers whatever in the service of the United States; making rules for the government and regulation of the said land and naval forces, and directing their operations.

§ 5. The United States, in Congress assembled, shall have authority to appoint a committee, to sit in the recess of Congress, to be denominated, "*A Committee of the States*," and to consist of one delegate from each State; and to appoint such other committees and civil officers as may be necessary for managing the general affairs of the United States under their direction; to appoint one of their number to preside; provided that no person be allowed to serve in the office of president more than one year in any term of three years; to ascertain the necessary sums of money to be raised for the service of the United States, and to appropriate and apply the same for defraying the public expenses; to borrow money or emit bills on the credit of the United States, transmitting every half year to the respective States an account of the sums of money so borrowed or emitted; to build and equip a navy; to agree upon the number of land forces, and to make requisitions from each State for its quota, in proportion to the number of white inhabitants in such State, which requisition shall be binding; and thereupon the Legislature of each State shall appoint the regimental officers, raise the men, and clothe, arm, and equip them, in a soldier-like manner, at the expense of the United States; and the officers and men so clothed, armed, and equipped, shall march to the place appointed, and within

July 9, 1778.  the time agreed on by the United States, in Congress assembled; but if the United States, in Congress assembled, shall, on consideration of circumstances, judge proper that any State should not raise men, or should raise a smaller number than its quota, and that any other State should raise a greater number of men than the quota thereof, such extra number shall be raised, officered, clothed, armed, and equipped in the same manner as the quota of such State, unless the Legislature of such State shall judge that such extra number cannot be safely spared out of the same, in which case they shall raise, officer, clothe, arm, and equip, as many of such extra number as they judge can be safely spared, and the officers and men so clothed, armed, and equipped, shall march to the place appointed, and within the time agreed on by the United States in Congress assembled.

§ 6. The United States, in Congress assembled, shall never engage in a war, nor grant letters of marque and reprisal in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor ascertain the sums and expenses necessary for the defence and welfare of the United States, or any of them, nor emit bills, nor borrow money on the credit of the United States, nor appropriate money, nor agree upon the number of vessels of war to be built or purchased, or the number of land or sea forces to be raised, nor appoint a commander-in-chief of the army or navy, unless nine States assent to the same, nor shall a question on any other point, except for adjourning from day to day, be determined, unless by the votes of a majority of the United States in Congress assembled.

§ 7. The Congress of the United States shall have power to adjourn to any time within the year, and to any place within the United States, so that no period of adjournment be for a longer duration than the space of six months, and shall publish the journal of their proceedings monthly, except such parts thereof relating to treaties, alliances, or military operations, as in their judgment require secrecy; and the yeas and nays of the delegates of each State, on any question, shall be entered on the journal, when it is desired by any delegate; and the delegates of a State, or any of them, at his or their request, shall be furnished with a transcript of the said journal, except such parts as are above excepted, to lay before the legislatures of the several States.

ART. 10. The committee of the States, or any nine of them, shall be authorized to execute, in the recess of Congress, such of the powers of Congress as the United States, in Congress assembled, by the consent of nine States, shall, from time to time, think expedient to vest them with; provided that no power be delegated to the said committee, for the exercise of which, by the articles of confederation, the voice of nine States, in the Congress of the United States assembled, is requisite.

ART. 11. Canada acceding to this confederation, and joining in the measures of the United States, shall be admitted into, and entitled to all the advantages of this Union: but no other colony shall be admitted into the same, unless such admission be agreed to by nine States.

ART. 12. All bills of credit emitted, moneys borrowed, and debts contracted by or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States and the public faith are hereby solemnly pledged.

ART. 13. Every State shall abide by the determinations of the United States, in Congress assembled, on all questions which by this confederation are submitted to them. And the articles of this confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them, unless such alteration be agreed to in a Congress of the

## THE ARTICLES OF CONFEDERATION. 9

United States, and be afterwards confirmed by the legislatures of every State.   July 9, 1778.

And whereas it hath pleased the great Governor of the world to incline the hearts of the legislatures we respectively represent in Congress, to approve of, and to authorize us to ratify the said articles of confederation and perpetual union, Know ye, that we, the undersigned delegates, by virtue of the power and authority to us given for that purpose, do, by these presents, in the name and in behalf of our respective constituents, fully and entirely ratify and confirm each and every of the said articles of confederation and perpetual union, and all and singular the matters and things therein contained. And we do further solemnly plight and engage the faith of our respective constituents, that they shall abide by the determinations of the United States, in Congress assembled, on all questions which by the said confederation are submitted to them; and that the articles thereof shall be inviolably observed by the States we respectively represent, and that the Union shall be perpetual. In witness whereof, we have hereunto set our hands, in Congress.

*Done at Philadelphia, in the State of Pennsylvania, the 9th day of July, in the year of our Lord 1778, and in the third year of the Independence of America.*

*On the part and behalf of the State of New Hampshire.*—Josiah Bartlett, John Wentworth, Jun. (August 8, 1778.)

*On the part and behalf of the State of Massachusetts Bay.*—John Hancock, Samuel Adams, Elbridge Gerry, Francis Dana, James Lovell, Samuel Holten.

*On the part and behalf of the State of Rhode Island and Providence Plantations.*—William Ellery, Henry Marchant, John Collins.

*On the part and behalf of the State of Connecticut.*—Roger Sherman, Samuel Huntington, Oliver Wolcott, Titus Hosmer, Andrew Adams.

*On the part and behalf of the State of New York.*—James Duane, Francis Lewis, William Duer, Gouv. Morris.

*On the part and in behalf of the State of New Jersey.*—Jno. Witherspoon, Nath. Scudder, (November 26, 1778.)

*On the part and behalf of the State of Pennsylvania.*—Robert Morris, Daniel Roberdeau, Jona. Bayard Smith, William Clingan, Joseph Reed, (July 22, 1778.)

*On the part and behalf of the State of Delaware.*—Thomas M'Kean, (February 12, 1779,) John Dickinson, (May 5, 1779,) Nicholas Van Dyke.

*On the part and behalf of the State of Maryland.*—John Hanson, (March 1, 1781,) Daniel Carroll, (March 1, 1781.)

*On the part and behalf of the State of Virginia.*—Richard Henry Lee, John Banister, Thomas Adams, Jno. Harvie, Francis Lightfoot Lee.

*On the part and behalf of the State of North Carolina.*—John Penn, (July 21, 1778,) Corns. Harnett, Jno. Williams.

*On the part and behalf of the State of South Carolina.*—Henry Laurens, William Henry Drayton, Jno. Mathews, Richard Hutson, Thos. Heyward, Jun.

*On the part and behalf of the State of Georgia.*—Jno. Walton, (July 24, 1778,) Edwd. Telfair, Edward Langworthy.

Vol. I.—2