**Mailing Address:**
John-Wesley: Barry-jr.©
c/o General Post Office; Box 103
Pemberton, New Jersey
Latitude: 38°56' N to 41°21' N; Longitude: 73°54' W to 75°34' W.

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 OCT 26  A 10: 07

UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>   v.                                                     )<br>JOHN W. BARRY, JR.                      )<br>_____<br>*Defendant* | Case No. 20-744 |

"DUE PROCESS ADMINISTRATIVE NOTICE OF LACK OF IN PERSONAM JURISDICTION
and inapplicable *choice-of-law* and *forum non-convienes* issues"

TO UNITED STATES DISTRICT JUDGE(S) for THE DISTRICT(S) OF NEW JERSEY, ET ALIA:

On 06/30/2020, in the case of United States Agency for International Development v. Alliance for Open Society International, Inc.—a 5-3 ruling saw the US Supreme Court wiping out all lower court rulings that supported using US tax dollars to fund unauthorized overseas operations—with Justice Brett Kavanaugh stating: "**In sum, plaintiffs' foreign affiliates are foreign organizations and foreign organization operating abroad possess no rights under the U.S. Constitution**".

> Pursuant to: IRC Title 26 - Subtitle F - Chapter 79 - Section 7701 (39) - Persons residing outside United States: If any citizen or resident of the United States does not reside in (and is not found in) any United States judicial district, such citizen or resident shall be treated as residing in the District of Columbia for purposes of any provision of this title relating to — (A) jurisdiction of courts, or (B) enforcement of summons, and furthermore, non-resident alien beneficiaries of self-settled trusts are not required to pay any income tax to or file any tax returns with the United States. See 26 C.F.R. Section 1.6012-1(b)(2).
>
> TITLE 6 - Commerce and Trade – DELAWARE: SUBTITLE I-Uniform Commercial Code (UCC) ARTICLE 9 - SECURED TRANSACTIONS - Part 3 - Perfection and Priority: 72 Del. Laws, c. 401, § 1.: **§ 9-307** - Location of debtor- Debtor is located in the United States; **§ 9-307 (h)** *Location of United States.* — The United States is located in the District of Columbia.

I, John-Wesley: Barry Jr.©, having attained the age of majority, am one who is competent to contract; is sui juris; has all the rights to which a freeman is entitled, and am not under the power of another, as a slave, a minor, a US citizen/U.S. citizen, a disregarded entity and the like.

This administrative and due process notice is in response to the "ARREST WARRANT", for the indictment dated 09/02/2020 at Camden, New Jersey, that was issued by issuing officer, KAREN M. WILLIAMS UNITED STATES MAGISTRATE JUDGE, allegedly for Conspiracy: 18 U.S.C. §371 (1 count); Aiding and Assisting False Tax Returns – 28 U.S.C. §7206(2) (11counts); Obstruction of the IRS – 26 U.S.C. §7212(a); Failure to File an Income Tax Return – 26 U.S.C. § 7203, and the resultant email communication I received from GINA AMORIELLO/Gina Amoriello, Esquire ("Ms. Amoriello"), on 10/23/2020, requesting that I enter a standard "Not Guilty" plea into the official record(s).

In order to competently present myself before this court/tribunal, I am submitting this "Restricted Appearance" in order to ascertain the jurisdiction this court/tribunal will be operating under during the "Zoom Call" that is scheduled to occur on 10/26/2020 by 3:00 p.m., pertaining to the INDICTMENT" of the State franchise citizen John Barry Jr., that was signed by JOHN N. KANE, JR., Assistant Chief, U.S. Department of Justice, Tax Division, Northern Criminal Enforcement Section and SEAN M. GREEN, Trial Attorney, U.S. Department of Justice, Tax Division Northern Criminal Enforcement Section; for the capacity and jurisdiction (legislative authority) under which this tribunal/court will be operating, on and for the official record(s). *Copy of ARREST WARRANT enclosed.*

Due to Ms. Amoriello's failure to provide full disclosure by stating the jurisdiction (legal/legislative authority) within which this legal matter will be adjudicated I am unable to enter any type of "plea" at this time, and this egregious oversight is further compounded by the apparent co-mingling of multiple unspecified jurisdictions:

*Jurisdiction #1* - The captioned case on the "ARREST WARRANT" that was purportedly issued by the territorial District of New Jersey for the franchise citizen identified as John Barry Jr., and

*Jurisdiction #2* - The resultant "INDICTMENT and BOND" that was issued for the MUNICIPAL CITIZEN identified as JOHN W. BARRY JR., and captioned THE UNITED STATES OF AMERICA, Plaintiff v. JOHN W. BARRY, JR., Defendant, Case No., CR# 20-744.

*Jurisdiction #3* - The UNSECURED/unsecured, APPEARANCE BOND pertaining to this legal matter is captioned UNITED STATES OF AMERICA v. JOHN W. BARRY, JR., Case Number: 20cr744(RBK) that was signed on October 22, 2020, lists the defendant as John W. Barry, Jr.

*Jurisdiction #4* - Additionally, the "ORDER SETTING CONDITIONS OF RELEASE", signed by Judicial Officer HON. ANN MARIE DONIO, USMJ, captioned "United States of America v. JOHN W. BARRY, JR., Case No., 29 of 744(RBK), that was issued to the (territorial) United States Marshal, was issued from yet another undisclosed jurisdiction.

Volenti non fit injuria - He who consents cannot receive an injury. 2 Bouv. Inst. n. 2279, 2327; 4 T. R. 657; Shelf. on ar. & Div. 449. - The corollary is thus: he who does not consent can receive an injury. Therefore, **I do not consent**.

PLEASE TAKE DUE PROCESS NOTICE:

On 09/12/2018, the State(s) of New Jersey surrendered custody of John Wesley Barry Jr., back to me, thus, requiring its removal from the State's archive and creating an estoppel against any further licensing out to its sub-contractors. Administrative copy of "Authenticated Certificate of Birth" is enclosed.

On June 19th 2019, I repatriated said Authenticated Certificate of Birth, via Registered Mail # RE 683 137 694 US, back into the custody of the U.S. Department of the Treasury, and Mr. Steven T. Mnuchin, his successors and or assigns is fiduciary. Said repatriation created an estoppel against the territorial State of New Jersey issuing any further licenses to its sub-contractors in the name of John Barry Jr., et alia.

Repatriation as you are (or should be) aware is the process of returning an asset, an item of symbolic value or a person – voluntarily or forcibly – to its owner or their place of origin or citizenship. The term may refer to non-human entities, such as converting a foreign currency into the currency of one's own country, as well as, to the process of returning military personnel to their place of origin following a war. It also applies to diplomatic envoys, international officials as well as expatriates and migrants in time of international crisis, such as the current "National Emergency" within the United States.

Federal citizenship is a municipal franchise domiciled in the District of Columbia. (Murphy v. Ramsey, 114 U.S. 15 (1885)) and the political rights of federal citizens are franchises which they hold as privileges in the legislative discretion of Congress.

I am not a federal or state employee and thus, I am not authorized to address this legal or any other matter on behalf of the United States government nor the District(s) of New Jersey. That responsibility rests with the office(s) of the lawyer(s) for the United States. Therefore, I am forwarding this legal matter to the attention of, Mr. Michael R. Sherwin – Acting U.S. Attorney for the District of Columbia, and Mr. Craig Carpenito – U.S. Attorney for the District of New Jersey, in their capacities as the chief legal prosecutors for the United States/District of Columbia, pursuant to: U.S. Code § 541.

> …. "There is a United States Attorney in each district, who acts as the federal government's lawyer in the district, both prosecuting federal criminal cases and defending the government (and its employees) in civil suits against them".

I am aware that the U.S. Attorney is not employed by the judicial branch but by the Department of Justice, which is part of the executive branch, therefore, I am bringing this matter to their attention due to the possible violations of certain executive order(s) that are being enforced by the current Administration, and for violating the "Touhy" regulations, and also for the illegal trespass into The United States by its circumvention of the Executive Office of the Office of the Legal Adviser, pursuant to the procedures as set forth in regulations at 22 C.F.R. 172:

> Only the Executive Office of the Office of the Legal Adviser (L-JEX) is authorized to receive and accept summonses or complaints sought to be served upon the Department or Department employees. All such documents should be delivered or addressed to: The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th Street NW., and

> Pursuant to 22 C.F.R. 172.3(a), only L/EX is authorized to receive and accept subpoenas, Court orders or other demands or requests for official information or action.

Courts within the United States has jurisdiction to only "hear" two types of civil cases; contract disputes and tort claims and in the civil arena the legal meaning of "jurisdiction" refers only to the granted authority, not to a geographical area (land mass).

Jurisdiction is the practical authority granted to a legal body to administer justice, as defined by the kind of case, and the location of the issue (its *situs*). In federations like the United States, areas of jurisdiction apply to local, state, and federal levels. Colloquially it is often misused to refer to the geographical area to which such authority applies, e.g., the Court has jurisdiction over all of New Jersey. Jurisdiction draws its substance from international law, conflict of laws, constitutional law, and the powers of the executive and legislative branches of government.

### Failure to State a Claim

Trustees have no standing to sue and "Office-holders" are NOT officials. All BAR attorneys are "prohibited" from representing the "People"; they can only represent government officeholders and employees "within" their own corporations, defined pursuant to BAR Charter and any Judge that prohibits anyone from representing themself or hiring a counsel other than a BAR attorney, is in fact, committing a felony on the bench in violation of the Taft-Hartly Act (running a closed union shop) and the Smith Act "Acting As Agents of Foreign Principal" (overthrow of Constitutional form of government).

### Impersonating a Public Official

Any and all tax collectors (IRS agents), police officers, sheriffs departments, DOT, tag agencies, BAR attorneys, Judges, Highway Patrol, "appearing as elected officials," are just "private contractors," who can now be brought up on fraud charges for "impersonating a public official while receiving federal funding."

### Standing to Sue or Be Sued

Standing to be sued is the capacity of a person or sovereign to be a party defendant in an action. a state as sovereign has no capacity to be sued except in cases in which it has consented to suit. **However, the territorial State(s) of New Jersey, is a corporate (legal) entity and corporations have no sovereignty (Fairfield Doctrine).** Black's Law Dictionary Sixth Edition (page 1405).

A demand is herein being made for the delegation of authority from the federal official(s) who granted the territorial State of New Jersey jurisdictional authority to license out my tradename and copyright to foreign private investors without my express.

Failure to acknowledge this demand for clarifying the jurisdictional (legal authority) of this tribunal/court would necessitate that claims for damages be filed against all parties in their personal and fiduciary capacities within the District of Columbia/the United States. See *Tindal v. Wesley* (167 U.S. 204 (1897)).

This is your Notice of my acceptance of your oaths and offices and commission pledges to operate in a lawful manner and my recognition of foreign efforts to impersonate me and deprive me of my Constitutional Guarantees and Due Process protection by means of virulent fraud. All are without excuse. Including but not limited to the individual successors and or assigns in their private and or capacities within the U.S., all Enclaves, Insular Possessions, Territories, together with all Cities, Municipalities, Counties, Townships, etc., all sundry employees, agents, officers, officials, independent contractors, an all a/k/a: PUBLIC SERVANTs commencing this binding contract.

All individuals who are party to this fraudulent claim are hereby impleaded and are held liable in their personal capacity for the transgressions that will be listed within the "Fee Schedule" a determination of which cannot be ascertained at this time due to failure on the part of the Plaintiff to produce conclusive evidence into the public records.

Impleader: A procedural device through which third parties can be brought into litigation. Typically, the device is used by defendants who bring in another party and try to show that this "third party defendant" is liable instead of the original defendant. see, [Caterpillar Inc. v. Lewis, 519 US 61 (1996)].

As a courtesy, I am copying the executive offices of the U.S. Secretary of State and the U.S. Commander-in-Chief, due to the ongoing national emergencies and illegal entries into The United States by this foreign private sub-contractor/registrant for the territorial State(s) of New Jersey. I will not be a knowing and willing participants in any seditious acts against the Federal Administration.

I, John-Wesley: Barry©, am an American National, a New Jerseyan, and Holder in Due Course and Holder in Equity, of all tradenames and copyrights associated with my Lawful Person, however styled, ordered, punctuated, or spelled. These are private assets and I do not authorize any administration of these assets for the benefit of Third Parties. The United States is under bankruptcy protection and is immune from being sued, thus, the "remedy" that is mine under Title 46, Appendix App. - Chapter 22 78 has been denied me, along with my due process rights.

I, John-Wesley: Barry©, was also denied "remedy" under 46 U.S. Code 31102 - Waiver of immunity: (a) In General.—A civil action in personam in admiralty may be brought, or an impleader filed, against the United States for (1) damages caused by a public vessel of the United States; or (2) compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States.

Any further adverse action(s) taken without prior written consent (authorization) of Beneficiary, John-Wesley: Barry©, is strictly prohibited as it renders the Federal Administration to tort claim(s) for criminal trespass of my tradename and copyright.

I, John-Wesley: Barry©, am not an enemy of the state, as per title 50, Trading with the Enemy Act, (1933 as amended) but is at peace with all men, and I asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so affirm without the United States. Explicitly reserving all rights without prejudice. UCC 1-308.

To: Mr. Michael R. Sherwin; U.S. Attorney for the District of Columbia
c/o United States Attorney's Office
555 4th Street, NW
Washington, DC  20520

To: U.S. Attorney for the District of New Jersey
c/o U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Attn: Mr. Craig Carpenito

To: John Barry, et alia - (federal employee)
c/o The Executive Office
Office of the Legal Advisor, Suite 5.600
600 19th Street NW

Washington, DC 20522
Attn: Mr. Marik String

To: Treasurer State of New Jersey
c/o Elizabeth Maher Muoio
125 W State St
Trenton, NJ 08625

Dated: October 26, 2020

Pro Se Non-Prisoner

By: _____
John Wesley Barry; JHE/HIDC;
Document Holder #120830376

cc: "See something. Say something"

Executive Office of the U.S. Secretary of State

Executive Office of the Commander-in-Chief for the United States

Public Notice - "*See Something. Say Something*"

# ENCLOSURE

**Copy of email from Ms. Amerillo**

Monday
**GINA AMORIELLO** to you
October 23 Show Details

---

Good morning. I wanted to touch base with you regarding entering a plea on Monday. It is standard to plead "Not Guilty" as I take it you do not want to admit guilt.
It is my understanding that the agent gave you a copy of the indictment at my request. Please email any questions you may have or call me around lunchtime 267-804-4948.

Thank you,
Gina Amoriello, Esquire

**Letter from U.S. Department of State - Touhy violation**



**United States Department of State**

*Washington, D.C.   20520*

## NOTICE

By virtue of the Supremacy Clause of the U.S. Constitution, art. VI, cl. 2, and sovereign immunity, a state or local court does not have authority to subpoena a federal agency and/or its employee(s) for official information in a proceeding to which the United States is not a party. Rather, the proper method for a party in a state court action to seek official information from a non-party federal agency and/or one of its employees is to request the information under the agency's "Touhy" regulations. See *United States ex rel. Touhy v. Ragen*, 340 U.S. 46 (1951). You may find the regulations of the U.S. Department of State at 22 C.F.R. Part 172.

We refer you to the procedures set forth in regulations at 22 C.F.R. Part 172. Please review them carefully.

**Authenticated BC sent Back to Steven T Mnuchin with registered mail receipt**

18059941-3

# United States of America

## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

I Certify That the document hereunto annexed is under the Seal of the State(s) of New Jersey, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eighteenth day of September, 2018.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT

VINCENT T ARRISI

WHO HATH SIGNED THE FOREGOING CERTIFICATE, WAS, AT THE DOING THEREOF, AND NOW IS

STATE REGISTRAR

IN AND FOR THE STATE OF NEW JERSEY DULY APPOINTED, AND SWORN ACCORDING TO LAW, AND THAT FULL FAITH AND CREDIT ARE TO BE GIVEN TO THE OFFICIAL ATTESTATIONS; AND I FURTHER CERTIFY, THAT THE SEAL THERETO ANNEXED IS THE OFFICIAL SEAL, AND THAT THE SAID SIGNATURE IS IN THE PROPER HANDWRITING OF THE SAID

VINCENT T ARRISI.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS 12TH DAY OF SEPTEMBER A.D. 2018

Elizabeth Maher Muoio
State Treasurer

Certificate Number: 140830376
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

# STATE OF NEW JERSEY

A0003063693

**NEW JERSEY STATE DEPARTMENT OF HEALTH**
**CERTIFICATE OF LIVE BIRTH**

STATE FILE NUMBER 129-- 065013

| 1. NAME OF CHILD | (First) John | (Middle) Wesley | (Last) Barry, Jr. |
|---|---|---|---|

| 2a. DATE OF BIRTH 8-11-71 | 2b. Hour 5:42 a. | 3. Sex M | 4. This Birth Single [ ] Twin [X] Triplet [ ] | 5. If Twin or Triplet, this child is 1st [ ] 2nd [X] 3rd [ ] |
|---|---|---|---|---|

**5. PLACE OF BIRTH**
a. County: Burl.
**6. USUAL RESIDENCE OF MOTHER**
a. State: N.J.   b. County: Burl.

b. City / Boro / Twp: X Mt. Holly
c. City / Boro / Twp: X North Hanover

c. Name of Hospital or Institution: Burl.Co.Mem.Hosp.
d. Street Address: 920 G Kennedy Cts., Ft. Dix, N.J. 08640

| 7a. Mother's Maiden Name: Bernadette Granger | 7b. Age: 24 | 7c. State of Birth: Missouri |
|---|---|---|

7d. Name of municipality within whose limits mother actually lives: North Hanover

| 8a. Father's Name: John Wesley Barry | 8b. Age: 37 | 8c. State of Birth: Mississippi |
|---|---|---|

9a. Informant's Name and Address: Bernadette Barry
9b. Relation to Child: Mother

10a. I certify that this child was born alive on the date stated above
Signature: [signature]
10b. Date Signed: 11 Aug 71
10c. ATTENDANT: PHYSICIAN [X] OTHER [ ]: MD

10d. Certifier's Name (Type or Print): E.H. VanMeter, M.D.
10e. Mailing Address: Moorestown, N.J.

11a. Registrar's Signature: [signature]
11b. Date Received by Local Registrar: 8/30/71

---

DATE ISSUED: June 7, 2012

ISSUED BY:
**State Department of Health and Senior Services**
**Bureau of Vital Statistics**

This is to certify that the above is correctly copied from a record on file in my office

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon

[signature]
Yamileth Contreras
Acting State Registrar
Office of Vital Statistics and Registry



Pay to the Order of the United States of America U.S. Treasury. Without Recourse.

by: John-Wesley Barry-Jr.

Date: 6/10/2019

This NJ certificate document is printed with a Custom "NJ Vital Records" watermark. Please HOLD at a light to verify its authenticity.
Additional security features include but are not limited to the following: multi-colored background with enhanced VOID pantograph, micro-line printing, bright fluorescent orange numbering, invisible fibers and other security features.

Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts |

February 12, 2020

### USPS Tracking Intranet
### Delivery Signature and Address



Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: RE68 3137 694U S

This item was delivered on 08/18/2019 at 04:03:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.2.2.0.55

## Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

Help

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

February 12, 2020

### USPS Tracking Intranet Tracking Number Result



Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Result for Domestic Tracking Number RE68 3137 694U S**

Tracking Expires On June 11, 2021

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 20220 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 080609998 | MOUNT HOLLY | NJ |

### Tracking Number Classification

**Class/Service**

- Class/Service: First-Class Packages Registered
- Class of Mail Code/Description: FC / First Class

**Service Delivery Information**

- Service Performance Date: Expected Delivery by: Thursday, 06/13/2019
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 02
- PO Box: N
- Other Information: Service Calculation Information

**Payment**

- Postage: $1.45
- Weight: 0 lb(s) 4 oz(s)
- Rate Indicator: SINGLE PIECE - FLAT

**Other Information**

- Firm Label ID: 5103 0SHJ G330 9295 9542

Agent Information

Request Internal Premium Tracking Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Registered Mail | $12.40 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED | 01 | 06/18/2019 | 04.03 | WASHINGTON, DC 20220 | Firm Book | IMD 030SHA8107 | Scanned by route 00000000 | 06/18/2019 03 26:10 | |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (non-wireless) | | | View Delivery Signature and Address<br>Facility Finance Number: 105010<br>Request Delivery Record<br>Firm Name: TREASURY 20220 |
| ARRIVAL AT UNIT | 07 | 06/14/2019 | 23:42 | WASHINGTON, DC 20066 | Firm Book | IVD 030SHJG330 (non-wireless) | Scanned by route 20066CCD | 06/14/2019 23:00:33 | PC / OF Reason Code |
| IN TRANSIT TO NEXT FACILITY | NT | 06/14/2019 | 12 34 | | System Generated | | | 06/14/2019 11:49.35 | |
| IN TRANSIT TO NEXT FACILITY | NT | 06/13/2019 | 12 34 | | System Generated | | | 06/13/2019 11.50.34 | |
| ENROUTE/PROCESSED | 10 | 06/12/2019 | 10 34 | WASHINGTON, DC 200660998 | Scanned | IVD 030SHWE080 (non-wireless) | Scanned by route 00020060 | 06/12/2019 10.39.34 | |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/12/2019 | 01:15 | PHILADELPHIA, PA 19176 | Scanned | IVD 030SHC31C0 (non-wireless) | Scanned by route 19176 | 06/12/2019 00 33:43 | Registered Dispatch Log 53030SHC31C092702870<br>Registered Dispatch Bill Type: 01 - CONTENTS BILL |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/11/2019 | 22 29 | BELLMAWR, NJ 06099 | Scanned | IVD 030SHNXZF5 (non-wireless) | Scanned by route 11111111 | 06/11/2019 21:43.35 | Registered Dispatch Log: 53030SHNXZF592692740<br>Registered Dispatch Bill Type: 01 - CONTENTS BILL |
| ACCEPT OR PICKUP | 03 | 06/11/2019 | 16.17 | MOUNT HOLLY, NJ 080659390 | Scanned | POS | | 06/12/2019 14:27.39 | Facility Finance Number. 335550 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.2.2.0.55