**Mailing Address:**
**John-Wesley: Barry-Jr.©**
**c/o General Post Office Box 103**
**Pemberton, New Jersey [Zip Exempt]**
**(Outside the United States)**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 OCT 26  A 10: 07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr No.: 20-744(RBK) |
| Plaintiff, ) | |
| v. ) | |
| JOHN W. BARRY, JR, ) | October 26, 2020 |
| Defendant. ) | |

**NUNC PRO TUNC VERIFIED NOTICE
AND AFFIDAVIT OF TERMINATION
OF COERCED SERVICES OF
ATTORNEY GINA AMORIELLO, ESQ.**

New Jersey State, United States of America       }
                                                 }ss:
Burlington County                                }

    **COMES NOW** Barry, John Wesly, Jr. (hereinafter, "Affiant"), the natural man on the land and unincorporated living Soul of the Most High Living God, YHVH, to declare, assert and give Notice by way of this Affidavit of Truth under penalty of perjury to the following facts being introduced into the record of this case and preserve those facts for posterity and perfection of appeal without prejudice, malice or ill-will towards no living man or woman.

1. **THIS AFFIDAVIT MUST** be rebutted paragraph for paragraph by a living man or woman in their private unlimited commercial liability sworn under oath pursuant to TITLE 18, UNITED STATES CODE, PART 1, CHAPTER 47, SECTION1091 *et seq.*;

2. This Notice and affidavit is placed on the lawful record *nunc pro tunc* to establish that the assignment of the legal services of Attorney Gina Amoriello, Esq. by the Court to represent the natural man and unincorporated living Soul, Barry, John Wesley, Jr. was coerced under threat and duress;

3. The "services" of a certain ATTORNEY, Gina Amoriello, Esq., who was assigned by the Court to represent Affiant without Notice and consent has been formally terminated by Affiant *nunc pro tunc* without recourse.

4. **PLEASE TAKE NOTICE** that said terminated Attorney is not to re-present, act, appear, bargain, plea/plead, or perform any act/acts purportedly on behalf of Affiant in any capacity for ever; as such actions would be deemed a conscious attempt by said Attorney to accept and hold Affiant accountable for the full liabilities of a corporate legal fiction juristic person tort-feasor that in no way is lawfully applicable to Affiant.

5. **PLEASE TAKE NOTICE** that you said terminated Attorney is not authorized by Affiant to re-present, act, appear, bargain, plea/plead, or perform any act/acts purportedly on behalf of the alleged Defendant forever; as such actions would be deemed a conscious attempt by said Attorney to accept any and all damages and consent to become a Surety for the remedy and reward to Affiant in lawful commerce.

6. **PLEASE TAKE NOTICE** that upon the receipt of this Notice Affidavit, said terminated Attorney admits, agree, accepts and represents to the Affiant that you will, without hesitation or resistance, surrender a lawful monetary indemnity on behalf of Affiant in the amount of $200,000, as Surety for each attempt by you to, re-present, act, appear, bargain, plea/plead, or perform any act/acts purportedly on behalf of the alleged Defendant.

7. **PLEASE TAKE NOTICE** that Upon the receipt of this notice you tacitly admit, agree, accept and represent to the Affiant that in the event you dishonor this Notice and act in contravention to it, the lawful monetary indemnity of $200,000 shall become due and owing as a lawful self-executing lien against your assets, estates, assigns, agents, successor-in-interest or other tangible and intangible possessions and property.

8. Upon receipt of this Notice Affidavit, the said terminated Attorney admits, accepts and agrees to the fact that no Agency Relationship exists between the author and issuer of this NOTICE and said terminated

Attorney, especially since you are <u>AN OFFICER OF THIS COURT</u>.

9. Said terminated Attorney AGREES, CONFESSES AND ADMITS, *nunc pro tunc*, that Any and All alleged appearances and or representations made by said terminated Attorney supposedly on behalf of the ALL CAPS NAME "JOHN W. BARRY" or any derivation and variation thereof," were done by you under color of law and authority, deception, false pretenses, subterfuge, fraud, coercion, and scienter without Affiant's true proper legal status and knowledge and consent; therefore, the coerced representation of the said terminated Attorney purportedly on behalf of Affiant is disavowed, discredited, disintegrated from Affiant's interaction with this Court, then as now, and declared void *en toto*.

10. It is respectfully suggested after being served with this Notice Affidavit that the said terminated Attorney govern herself accordingly.

11. This Notice Affidavit shall have the effect of an instrument under seal.

*All Rights Explicitly Reserved Without Prejudice*

Sincerely,

By: _____ authorized representative
Barry, John Wesley, Jr.
In Propria Persona, Sui Juris

### Use of Notary Does Not Confer or Waive Any/No Rights.
### Reservation of Rights in Force.

### Jurat

On this __26__ day of October 2020, before me, the below signed Notary, COMES, Barry, John, Wesley, Jr., to me known to be the <u>living man</u> described in and who executed the foregoing instrument and acknowledged before me that he executed the same as his freewill, act, right and deed.

Notary Name: __Shawn Kennedy__

Notary Signature: _____     Date: __10/25/2020__

My Commission Expires: __12/17/2024__

SHAWN D. KENNEDY
NOTARY PUBLIC OF NEW JERSEY
Commission # 50110731
My Commission Expires 12/17/2024