Mailing Address:
John-Wesley: Barry-Jr.
c/o General Post Office Box 103
Pemberton, New Jersey [Zip Exempt]
(Outside the United States)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 OCT 26  A 10: 45

IN THE UNITED STATES COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Cr. No. 20-744(RBK) |
| ) | |
| Plaintiff, ) | **Affidavit** |
| ) | **of Barry, John Wesley, Jr.** |
| V. ) | **In Support of** |
| ) | **Common Law Abatement** |
| JOHN W. BARRY, JR., ) | |
| ) | October 26, 2020 |
| Defendant. ) | |

**MANDATORY JUDICIAL NOTICE AFFIDAVIT IN SUPPORT OF NON-STATUTORY COMMON LAW ABATEMENT FROM MISNOMER AND MISAPPLICATION OF SERVICE OF PROCESS**

**INTRODUCTION**

I, Barry, John Wesley, am a private American national, but not a Citizen of the United States. I am not an enemy of the State, nor a friend of an enemy of the State, and I am not liable for any obligation of any non-violent statutory commercial crime without any injured Party. I do not voluntarily consent to be a Party to any statutory, emergency war powers, *de facto,* color of law, martial, military, foreign, enemy or alien jurisdiction, nor do I reside in any military occupied territory. Any presumption that I have consented or acquiesced to the statutory jurisdiction of the corporate United States is hereby repudiated, rescinded and revoked, *nunc pro tunc* and *ab initio* pursuant to the Common Law maxim,

*"The same way a thing is done, it is also undone."*

1

# Affidavit of Service

New Jersey      -state )
                       )
Burlington      -county)

I, Marquis Tabb hereby certify that: I am over eighteen years of age, I am not personally involved in the case which is the subject matter of the abatement process and further that a true, correct and complete copy of the above **Default of Common Law abatement** was served by me on **October 26th** two thousand twenty to the entity /entities listed below at:

| | |
|---|---|
| UNITED STATES OF AMERICA<br>A Federal Corporation,<br>Per 28 U.S.C. § 3002(A)(15)<br>50 Walnut Street, #4015<br>Newark, New Jersey 07102<br><br>William T. Walsh, Clerk of Court<br>U.S. District Court<br>for the District of New Jersey<br>4th & Cooper Streets Room 1050<br>Camden, New Jersey 08101<br><br>SEAN M. GREEN, Trial Attorney<br>U.S. Department of Justice, Tax Division<br>Northern Criminal Enforcement<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>CRAIG CARPENITO<br>U.S. Attorney<br>for the District of New Jersey<br>970 Broad Street, #806<br>Newark, New Jersey 07102 | STUART M. GOLDBERG<br>Deputy Assistant Attorney General<br>U.S. Department of Justice, Tax Division<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>JOHN N. KANE, JR., Assistant Chief<br>U.S. Department of Justice, Tax Division<br>Northern Criminal Enforcement Section<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>MICHAEL R. SHERWIN<br>Acting United States Attorney for the<br>District of Columbia<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>GINA AMORIELLO, ESQ.<br>1515 Market Street<br>Philadelphia, PA 19102 |

Further, Barry, John Wesley, Jr., the natural man on the land and living Soul, Sayeth Not, except to advise the Court that in the absence of abatement of the instrument as a restraint against my liberty, I shall henceforth remain mute.

Dated this 26 day of the (First - Twelfth) month of the Nineteenth Hundred and Ninety Sixth year *Anno Domini*, in Burlington County, New Jersey State Republic.

*All Rights Explicitly Reserved*
*Without Prejudice*
*Verily, I Am*

By: _____
Barry, John Wesley, Jr.
*in propria persona, sui juris*
An American National, but Not a Citizen
Of the United States

**Witnesses**

_____
*Sign*

Shaw Kervey
Print

_____
*Sign*

Hazel Barry
Print

_____
*Sign*

John Barry Sr
Print

6

_____
Marquis Tabb

New Jersey        -state )
                         )
Burlington        -county)

Sworn and subscribed before me this 26ᵀᴴ day of October 2020
two thousand twenty

_____
Notary

LISA J TURKHEIMER
My Commission Expires
May 7, 2023

8