UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ   08101 |

December 16, 2020

John W. Barry, Jr.
P.O. Box 103
Pemberton, NJ   08068

Re:   USA v. John W. Barry, Jr.
      Criminal No. 20-744(RBK)

Dear Mr. Barry:

Pursuant to the Standing Order of this court, I return papers recently received.   They will not be filed.

                            Very truly yours,

                            s/ *Robert B. Kugler*
                            ROBERT B. KUGLER
RBK:mg                      United States District Judge
Encl.