NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| USA., | |
|     Plaintiff, | Crim. No. 20-744 (RBK) |
| v. | **ORDER** |
| JOHN W. BARRY, JR | |
|     Defendant. | |

**KUGLER**, United States District Judge:

Presently before the Court is a Civil Contempt Order; for the reasons set forth in the hearing on June 3, 2021

**IT IS HEREBY OREDERED** that civil contempt is purged and vacated.

Dated: 6/3/2021                                           s/ Robert B. Kugler
                                                                                              ROBERT B. KUGLER
                                                                                               United States District Judge