2017R00153

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 20-744 (RBK) |
| v. | : | HON. ROBERT KUGLER |
| JOHN BARRY, JR. | : | |

**UNITED STATES' EXHIBIT LIST**

The United States submits the enclosed exhibit list.

Respectfully submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division


 /s/Sean M. Green
SEAN GREEN
Trial Attorney
SAM BEAN
Trial Attorney
U.S. Department of Justice
Tax Division, Northern Criminal Enforcement
(202) 307-2554
Sean.M.Green@usdoj.gov
Samuel.B.Bean@usdoj.gov

1

# UNITED STATES V. JOHN BARRY JR.

Docket No. 20-cr-00744 (RBK)
District of New Jersey

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-A | 2014 Individual Tax Return, Form 1040, for John Barry | | |
| 1-B | 2014 Individual Amended Tax Return, Form 1040X, for Gina Damiani | | |
| 1-C | 2014 Individual Amended Tax Return, Form 1040, for Nicole Hooks | | |
| 1-D | 2014 Individual Tax Return, Form 1040, for Carolyn Kennedy | | |
| 1-E | 2014 Individual Amended Tax Return, Form 1040X, for Lisa Kennedy | | |
| 1-F | 2014 Individual Tax Return, Form 1040, for Reginald Ragu | | |
| 1-G | 2014 Individual Amended Tax Return, Form 1040X, for Sandra Ragu | | |
| 1-H | 2014 Individual Amended Tax Return, Form 1040X, for Chante Thomas | | |
| 1-I | 2014 Individual Amended Tax Return, Form 1040X, for Curtis Graves | | |
| 1-J | 2014 Individual Amended Tax Return, Form 1040X, for Joseph Heath | | |
| 1-K | 2014 Individual Amended Tax Return, Form 1040X, for Jonathan Preston | | |
| 1-L | 2014 Individual Amended Tax Return, Form 1040X, for Tiffany Dotson | | |
| 1-M | 2014 Individual Amended Tax Return, Form 1040X, for Anthony Hall | | |
| 2-A | 2014 IRP Data for John Barry | | |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 2-B | 2014 IRP Data for Gina Damiani | | |
| 2-C | 2014 IRP Data for Nicole Hooks | | |
| 2-D | 2014 IRP Data for Carolyn Kennedy | | |
| 2-E | 2014 IRP Data for Lisa Kennedy | | |
| 2-F | 2014 IRP Data for Reginald Ragu | | |
| 2-G | 2014 IRP Data for Sandra Ragu | | |
| 2-H | 2014 IRP Data for Chante Thomas | | |
| 2-I | 2014 IRP Data for Curtis Graves | | |
| 2-J | 2014 IRP Data for Joseph Heath | | |
| 2-K | 2014 IRP Data for Jonathan Preston | | |
| 2-L | 2014 IRP Data for Tiffany Dotson | | |
| 2-M | 2014 IRP Data for Anthony Hall | | |
| 2-N | 2015 IRP Data for John Barry | | |
| 2-O | 2016 IRP Date for John Barry | | |
| 3-A | 2014 Tax Refund Check for John Barry | | |
| 3-B | 2014 Tax Refund Check for Gina Damiani | | |
| 3-C | 2014 Tax Refund Check for Nicole Hooks | | |
| 3-D | 2014 Tax Refund Check for Carolyn Kennedy | | |
| 3-E | 2014 Tax Refund Check for Lisa Kennedy | | |
| 3-F | 2014 Tax Refund Check for Reginald Ragu | | |
| 3-G | 2014 Tax Refund Check for Sandra Ragu | | |
| 3-H | 2014 Tax Refund Check for Chante Thomas | | |
| 3-I | 2014 Tax Refund Check for Curtis Graves | | |
| 3-J | 2014 Tax Refund Check for Joseph Heath | | |
| 3-K | 2014 Tax Refund Check for Jonathan Preston | | |
| 3-L | 2014 Tax Refund Check for Tiffany Dotson | | |
| 3-M | 2014 Tax Refund Check for Anthony Hall | | |
| 4-A | 2014 Account Transcript for John Barry | | |
| 4-B | 2014 Account Transcript for Gina Damiani | | |
| 4-C | 2014 Account Transcript for Nicole Hooks | | |

| Exhibit Number | Exhibit Description | Date Offered | Admitted |
|---|---|---|---|
| 4-D | 2014 Account Transcript for Carolyn Kennedy | | |
| 4-E | 2014 Account Transcript for Lisa Kennedy | | |
| 4-F | 2014 Account Transcript for Reginald Ragu | | |
| 4-G | 2014 Account Transcript for Sandra Ragu | | |
| 4-H | 2014 Account Transcript for Chante Thomas | | |
| 4-I | 2014 Account Transcript for Curtis Graves | | |
| 4-J | 2014 Account Transcript for Jonathan Heath | | |
| 4-K | 2014 Account Transcript for Jonathan Preston | | |
| 4-L | 2014 Account Transcript for Tiffany Dotson | | |
| 4-M | 2014 Account Transcript for Anthony Hall | | |
| 5-A | Certificate of No Record for John Barry 1040 2015 | | |
| 5-B | Certificate of No Record for John Barry 1040 2016 | | |
| 5-C | Certificate of No Record for Barry Consulting 2015 | | |
| 5-D | Certificate of No Record for Barry Consulting 2016 | | |
| 6 | 2013 Tax Return for John Barry | | |
| 7 | Letters from IRS to John Barry | | |
| 8 | Open | | |
| 9 | Letter dated 10/6/2015 and attachments | | |
| 10 | Check from Nicole Hooks to "Barry Consulting" | | |
| 11-A | "MOST CRITICAL WHAT WE ARE DOING NOTES FROM THE 03/16/16" | | |
| 11-B | "9423 Collection Appeal Request Explanation" | | |
| 11-C | Redacted Documents Provided by John Barry to Nicole Hooks | | |
| 11-D | 2016 Instructions for Form 1099-MISC | | |
| 11-E | Notes: "Identify who you are and who they are" | | |
| 11-F | Redacted Document Provided by John Barry to Nicole Hooks | | |
| 11-G | Notes: "Who Helped You." | | |
| 11-H | Notes: "You Funded Your Own Loan with Your Signature . . . On a Promissory Note | | |

| Exhibit Number | Exhibit Description | Date Offered | Admitted |
|---|---|---|---|
| 12 | Text Messages between Nicole Hooks and John Barry | | |
| 13 | "Promissory Note" dated 5/17/2016 | | |
| 14 | E-mail from Nicole Hooks to Lemroyal James dated 5/31/2016 | | |
| 15 | Check from Nicole Hooks to Barry Consulting | | |
| 16 | Check to John Barry | | |
| 17 | Email from ADB Exchange Group re. Power of Attorney – May 22, 2016 | | |
| 18-25 | Open | | |
| 26 | "Mortgage Recovery Process" | | |
| 27 | E-mail dated 10/8/2015 | | |
| 28 | E-mail dated 11/18/2015 | | |
| 29 | E-mail dated 12/21/15 | | |
| 30 | Agenda: "The Secrets to Paying off a Car or Mortgage Fast Information Session" | | |
| 31 | Handwritten Notes | | |
| 32 | Open | | |
| 33 | Second Amended Tax Return for Sandra Raghu | | |
| 34 | Notes: "Who Helped You" | | |
| 35 | Notes: "You Funded Your Own Loan With Your Signature" | | |
| 36 | Notes: "Identify who you are" | | |
| 37 | Notes: "Most Critical What We are Doing Notes form the 03/16/16 Session" | | |
| 38 | Redacted documents provided by John Barry to Sandra Raghu | | |
| 39 | 2016 Instructions for Form 1099-MISC | | |
| 40 | "Welcome" Document | | |
| 41 | "Mortgage Recovery Checklist" | | |
| 42 | Redacted Treasury Check | | |
| 43 | Check from Sandra Raghu to "Barry Consulting" | | |

| Exhibit Number | Exhibit Description | Date Offered | Admitted |
|---|---|---|---|
| 44 | Check from Sandra Raghu to "Barry Consulting" | | |
| 45 | Mailing to Wells Fargo | | |
| 46 | 9423 Collection Appeal Request Explanation | | |
| 47 | Fax with amended Form 1040X for Reginald Raghu | | |
| 48 | IRS Payment from Reginald Raghu | | |
| 49 | Withdrawal Form for Cashier's Check to John Barry | | |
| 50 | Cashier's Check to John Barry | | |
| 51 | Bill of Exchange sent to IRS | | |
| 52-55 | Open | | |
| 56 | E-mail dated 11/2/2015 to Tiffany Dotson | | |
| 57 | E-mail dated 11/25/2015 to Tiffany Dotson | | |
| 58 | E-mail dated 11/29/2015 to Tiffany Dotson | | |
| 59 | E-mail dated 12/12/2015 to Tiffany Dotson | | |
| 60 | Instructions for Filing Forms with the IRS | | |
| 61 | Tiffany Dotson's Copy of 1099-MISC | | |
| 62 | Checks to Barry Consulting | | |
| 63-A | Check to Hall Sovereign Trust | | |
| 63-B | Check to Hall Sovereign Trust | | |
| 63-C | Check to Hall Sovereign Trust | | |
| 63-D | Check to Hall Sovereign Trust | | |
| 64 | September 6, 2015 e-mail from Barry to Gina Damiani | | |
| 65 | Redacted Tax Refund Check | | |
| 66 | Barry e-mail re: MY CLIENT REFUND | | |
| 67 | Wikipedia entries for "Backup Withholding" | | |
| 68 | Letter from Gina Damiani to IRS dated May 23, 2016 | | |
| 69 | Check from Gina Damiani to Barry Consulting | | |
| 70 | Email – "Fred Davis - Mortgage Recovery Checklist" – Oct. 4, 2015 | | |
| 71 | Email – "Fred Davis: Frivolous filing-dispute letters" – Apr. 26, 2016 | | |

| Exhibit Number | Exhibit Description | Date | |
|---|---|---|---|
| | | Offered | Admitted |
| 72 | Email – "Fred Davis: Mortgage Recovery – Event on 10/24/15" – Oct. 15, 2015 | | |
| 73 | Email – "Fred Davis – Mortgage Recovery info" – Oct. 3, 2015 | | |
| 74 | Email – "Fred Davis – Mortgage Recovery supporting docs" – Oct. 3, 2015 | | |
| 75 | Check to Davis | | |
| 76 | E-mail from Fred Davis to Jonathan Preston dated 10/3/2015 | | |
| 77 | E-mail from Fred Davis to Jonathan Preston dated 10/3/2015 | | |
| 78 | E-mail from John Barry to Frederick Davis | | |
| 79 | E-mail from Fred Davis to Jonathan Preston | | |
| 80 | E-mail from Fred Davis to Jonathan Preston dated 4/28/2016 | | |
| 81 | E-mail from ADB Exchange to Fred Davis et. al | | |
| 82 | E-mail from Fred Davis to Jonathan Preston dated 3/28/2016 | | |
| 83 | Check to Fred Davis | | |
| 84 | Email – "Refund" – May 13, 2015 | | |
| 85 | Email – "FW: Debra Hall 1040X" – Aug. 28, 2015 | | |
| 86 | Email – "Fwd: The eagle has landed" – Aug. 31, 2015 | | |
| 87 | Email – "Doc from bank" – June 21, 2016 | | |
| 88 | Letters submitted to the IRS | | |
| 89 | Email – "Fwd: Re: Info needed for mortgage recovery" – Mar. 10, 2015 | | |
| 90 | E-mail—"Greetings Debra E. Hall | | |
| 91 | Immunity Agreement | | |
| 92 | Email – "Fwd: Power of Attorney" – May 22, 2016 | | |
| 93 | Email – "Re: FWVideo & Website on Mortgage Note Refund Program" – Apr. 22, 2016 | | |

| Exhibit Number | Exhibit Description | Date Offered | Admitted |
|---|---|---|---|
| 94 | Contract between Heath and Streamline | | |
| 95 | Email – "Fwd: Fred Davis-Mortgage Recovery Supporting docs" – Jan. 4, 2016 | | |
| 96 | Email – "Fwd: Fred Davis-Mortgage Recovery info" – Jan. 4, 2016 | | |
| 97 | Email – "Joseph F. Heath-1099MiscPage 1" – Dec. 8, 2015 | | |
| 98 | Cashier's check to Streamline | | |
| 99 | Email – "Fwd:" – Apr. 30, 2016 | | |
| 100 | Email – "Fwd: frivolous filing" - April 25, 2016 | | |
| 101 | Email – "Fwd: ACT SEC. 1203…" - April 30, 2016 | | |
| 102 | Letter to IRS | | |
| 103 | Instructions for Filing Form 56 with the IRS | | |
| 104 | Independent Contractor Agreement | | |
| 105-A | Business Records Affidavit | | |
| 105-B | Summary of records produced by TDBank | | |
| 106-A | New Business Account Opening for XXXX-XX-8155 | | |
| 106-B | Signature card for XXXX-XX-8155 | | |
| 106-C | Bank statements for XXXX-XX-8155 | | |
| 106-D | Checks drawn on account XXXX-XX-8155 | | |
| 106-E | Deposit items in account XXXX-XX-8155 | | |
| 106-F | Deposited checks in XXXX-XX-8155 | | |
| 106-G | Withdrawal tickets for XXXX-XX-8155 | | |
| 106-H | Wire transfers for XXXX-XX-8155 | | |
| 107-A | New Personal Account for XXXX-XX-8379 | | |
| 107-B | Account statements for XXXX-XX-8379 | | |
| 108-A | New Personal Account for XXXX-XX-2889 | | |
| 108-B | Bank statements for account XXXX-XX-2889 | | |
| 108-C | Withdrawal tickets for XXXX-XX-2889 | | |
| 108-D | Wire transfers for account XXXX-XX-2889 | | |
| 109-A | New Personal Account for XXXX-XX-0968 | | |

| Exhibit Number | Exhibit Description | Date Offered | Admitted |
|---|---|---|---|
| 109-B | Account statements for XXXX-XX-0968 | | |
| 110-A | New Personal Account for XXXX-XX-1057 | | |
| 110-B | Account statements for XXXX-XX-1057 | | |
| 111-A | New Personal Account for XXXX-XX-1122 | | |
| 111-B | Account statements for XXXX-XX-1122 | | |
| 112-A | TDBank Credit Card Application for Barry Consulting | | |
| 112-B | Credit card statements for Barry Consulting | | |
| 113 | TDBank Credit Card Application for John Barry | | |
| 114 | John Barry Employee Summary | | |
| 115 | John Barry Termination Information | | |
| 116 | John Barry Job History | | |
| 117 | John Barry 2012 Performance Evaluation | | |
| 118 | John Barry 2013 Performance Evaluation | | |
| 119 | John Barry 2014 Performance Evaluation | | |
| 120 | John Barry 2015 Performance Evaluation | | |
| 121 | John Barry Training Record | | |
| 122 | John Barry Employment Application | | |
| 123 | John Barry 2014 W-2 | | |
| 124 | John Barry 2015 W-2 | | |
| 125 | John Barry 2016 W-2 | | |
| 126-A | Signature Card for account XXXX-XX-2903 | | |
| 126-B | Wire Transfers for account XXXX-XX-2903 | | |
| 126-C | Account statements for XXXX-XX-2903 | | |
| 126-D | Checks and deposits for XXXX-XX-2903 | | |
| 127-A | Business Records Affidavit | | |
| 127-B | Business Records Affidavit | | |
| 128 | Business Records Affidavit | | |
| 129-A | Signature card for account xxxxxx768 | | |
| 129-B | Bank records for account xxxxxx768 | | |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE | |
|---|---|---|---|
| | | OFFERED | ADMITTED |
| 130-A | Signature card for account xxxxxx9384 | | |
| 130-B | Bank records for account xxxxxx9384 | | |
| 130-C | Cashier's Checks | | |
| 131-A | Signature card for xxxxxxxx6265 | | |
| 131-B | Bank records for account xxxxxxxx6265 | | |
| 132 | Business Records Affidavit | | |
| 133-A | Signature card for account xxxxx9295 | | |
| 133-B | Bank records for account xxxxx9295 | | |
| 134 | Spreadsheet of 1099s filed by Rhonda Brown | | |
| 135 | Certificate of Business Records | | |
| 136 | Letter to John Barry | | |
| 137 | Letter to John Barry | | |
| 138 | Letter to John Barry | | |
| 139 | Correspondence from John Barry | | |
| 140 | Correspondence from Tiffany Dotson | | |
| 141 | Correspondence from Gina Damiani | | |
| 142-145 | Open | | |
| 146 | Business Records Declaration | | |
| 147 | Business Records Declaration | | |
| 148-A | Account application for xxxx-xx-1594 | | |
| 148-B | Certificate of Trustee for account xxxx-xx-1594 | | |
| 148-C | Withdrawal slips for account xxxx-xx-1594 | | |
| 148-D | Deposits in account xxxx-xx-1594 | | |
| 148-D | Account statements for account xxxx-xx-1594 | | |
| 149-A | Account Application for account xxxx-xx-0114 and xxxx-xx-1128 | | |
| 149-B | Account statements for account xxxx-xx-0114 | | |
| 150 | Georgia DMV Records for Iran Backstrom | | |
| 151 | North Carolina DMV Records for Mehef Bey | | |

| Exhibit Number | Exhibit Description | Date | |
|---|---|---|---|
| | | Offered | Admitted |
| 152-A | Summary of Tax Returns Filed and Refunds Issued | | |
| 152-B | Summary of Payments to Barry by Clients | | |
| 152-C | Summary of Payments to Barry by Anthony Hall | | |
| 152-D | Summary of Payments to Barry from Fred Davis | | |
| 152-E | Summary of Payments from John Barry to Associates | | |
| 152-F | Payments from Mehef Bay to Noble World Legacy Trust | | |
| 152-G | Summary of Unreported Income and Tax Due for John Barry | | |
| 153 | Instructions for Form 1099-MISC for 2014 | | |
| 154 | Publication 334 for 2014 | | |
| 155 | Instructions for Form 56 for 2014 | | |