UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## JURY NOTE

**CASE NO:** CR. 20-744 (RBK)　　　　　　　　**DATE:** 7/22/21

**NAME OF CASE:** USA v. JOHN BARRY, JR.

~~Is the name~~

Is Caroline Kennedy the same as Carolyn Kennedy?

— as listed in Count Five



SPOKESPERSON

Court Exhibit No.: JOINT EXHIBIT C-2