UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

**CASE NO:** CR. 20-744 (RBK)     **DATE:** 7/23/21

**NAME OF CASE:** USA v. JOHN BARRY, JR.

If we can't come to an agreement on one count, does it hung ~~the~~ the rest of the charges or just that count?



SPOKESPERSON

Court Exhibit No.: JOINT EXHIBIT E-3