# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 12/13/2021

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Camille Pedano

**OTHERS:**
Joseph DaGrossa (U.S Probation)

**DOCKET NO:** CR #20-00744

**TITLE OF CASE:**

UNITED STATES OF AMERICA
    (vs)
JOHN W. BARRY, JR.

**APPEARANCES:**
John Noel Kane, AUSA for Gov't.
Sean Michael Green, AUSA for Gov.'t.
Gina A. Amoriello, Esq. for deft.
(Deft. present)

**NATURE OF PROCEEDINGS:** - SENTENCING ON COUNTS 1, 2-4, 6-12, 13, 14 INFORMATION

**Sentence:** <u>Imprisonment</u> - Count One – 60 months; Counts two & three – 36 months each to be served consecutively to each other and all other counts; Count four – 12 months to be served consecutively to all other counts; Counts six through thirteen – 36 months on each to be served concurrent to each other and all other counts; Count fourteen – 12 months to be served concurrent to all other counts, to produce a total aggregate term of imprisonment of 144 months.

<u>Supervised Release</u>: 3 yrs. on Counts 1-4 & 6-13 and a term of 1 yr. on Count 14, all such terms to run concurrently with Special Conditions; Special Assessment - $1,225; Restitution - $4,240,733.30

The Court recommends Bureau of Prisons designates deft. to a facility for service of sentence near his home address.

ORDERED deft. remanded to the custody of the U.S. Marshal.

(over)

COURT ADVISED DEFT. OF RIGHT TO APPEAL

                                        s/Barbara Fisher
                                          Deputy Clerk

Time Commenced: 11:00 AM     Time Adjourned: 11:55 AM